IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02677-BNB

ROBERT E. LEWIS JR.,

    Plaintiff,

v.

A-1 BAIL BONDING,
SHERDINA LEWIS,
NICKOL PETERSON, 8-3-91,
A-1 BOUNTY HUNTERS, and
LISA H, In Lakewood,

    Defendants.

---

## ORDER OF DISMISSAL

---

    Plaintiff, Robert E. Lewis Jr., currently is detained at the Denver County Jail in Denver, Colorado. Mr. Lewis, acting *pro se*, initiated this action by filing a Prisoner Complaint pursuant to 42 U.S.C. § 1983. On October 2, 2013, Magistrate Judge Boyd N. Boland directed Mr. Lewis to cure certain deficiencies in his Complaint. Specifically, Magistrate Judge Boland directed Mr. Lewis to submit his request to proceed pursuant to 28 U.S.C. § 1915 on a proper Court-approved form and to provide a certified account statement for the six months immediately preceding the filing of this action.

    Magistrate Judge Boland warned Mr. Lewis that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Mr. Lewis now has failed to submit a request to proceed pursuant to § 1915 on a current Court-approved form and a certified account statement for the six months immediately preceding the filing of this action. Therefore, the action will be dismissed without

prejudice for failure to cure the deficiencies within the time allowed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Lewis files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  13th  day of   November  , 2013.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court